ANDREW J. HOLCOMB, Respondent, *v.* CHARLES W. HARRIS, as Executor of EDMUND S. HARRIS, Deceased, Appellant.

*Holcomb* v. *Harris,* 41 App. Div. 617, appeal dismissed.
(Submitted December 1, 1902; decided December 2, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous; that said court had refused an application for leave to appeal to the Court of Appeals, and that more than thirty days had elapsed after service of a copy of the order denying such application before the appellant applied to a judge of the Court of Appeals for leave to appeal.

*James Lansing* for motion.

*John T. Norton* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

GEORGE W. MILLS, Respondent, *v.* THE THOMAS ELEVATOR COMPANY, Appellant.

*Mills* v. *Thomas Elevator Co.,* 54 App. Div. 174, affirmed.
(Argued November 19, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 29, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Arthur C. Rounds* for appellant.

*Thomas F. Magner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.